ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LECHARLES BALDON,<br>Defendant. | CASE NO. 2:26-CR-00026-DAD<br><br>STIPULATION TO CONTINUE ADMIT/DENY HEARING<br><br>DATE: October 22, 2026<br>TIME: 9:30 AM<br>COURT: Hon. DALE A. DROZD |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Charles Campbell, and defendant LeCharles Baldon, by and through his counsel of record, Matthew C. Taylor, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on October 22, 2026, at 9:30 AM, before this Court.

2. On October 16, 2026, the Probation Officer filed a Second Superseding Violation Petition. Mr. Baldon has not yet made an initial appearance on the Second Superseding Petition, and scheduling conflicts prevent the parties from setting that appearance before October 22.

3. Accordingly, the parties respectfully request that this Court continue the admit/deny hearing in this case until November 9, 2026, at 9:30 a.m..

//

//

IT IS SO STIPULATED.

Dated: October 21, 2026

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated: October 21, 2026

/s/ Matthew C. Taylor
MATTHEW C. TAYLOR
Counsel for Defendant
LECHARLES BALDON

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the admit/deny hearing previously scheduled in this case for October 22, 2026, is hereby continued to November 9, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 21, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE