MATTHEW C. TAYLOR
SBN 278245
TAYLOR LAW, PC
455 Capitol Mall, Suite 305
Sacramento, CA 95814
Telephone: (916) 594-2469
Email: matt@taylorlegal.us

Attorney for Defendant
LECHARLES BALDON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LECHARLES BALDON,<br><br>Defendant. | CASE NO. 2:26-CR-00026-DAD<br><br>STIPULATION TO CONTINUE ADMIT/DENY HEARING |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Charles Campbell, and defendant LeCharles Baldon, by and through his counsel of record, Matthew C. Taylor, hereby stipulate as follows:

1. By previous order, this matter is set for an admit/deny hearing on November 9, 2026, at 9:30 AM, before the Honorable Dale A. Drozd. ECF 15.

2. The defense requires additional time to review the Second Superseding Violation Petition and the related discovery, to consult with Mr. Baldon, and to investigate the allegations.

3. Accordingly, the parties respectfully request that this Court continue the admit/deny hearing from November 9, 2026, to November 23, 2026, at 9:30 AM, before the Honorable Dale A. Drozd. The parties are available on that date.

IT IS SO STIPULATED.

Dated: November 6, 2026

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated: November 6, 2026

/s/ Matthew C. Taylor
MATTHEW C. TAYLOR
Counsel for Defendant
LECHARLES BALDON

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the admit/deny hearing previously scheduled in this case for November 9, 2026, is continued to November 23, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE